UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. SAYLOR,

    Petitioner,

                                               CASE NO. 07-CV-14209
v.                                            HONORABLE ANNA DIGGS TAYLOR

MICHIGAN PAROLE BOARD,

    Respondent.
_____/

## **ORDER DENYING PETITIONER'S REQUEST FOR RECONSIDERATION**

This matter is before the Court on Petitioner's request for reconsideration [dkt #4] concerning the Court's dismissal of his petition for writ of habeas corpus which challenged the denial of parole. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Having reviewed the pleadings, the Court concludes that Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). Accordingly, the Court **DENIES** Petitioner's request for reconsideration.

                                                          **s/Anna Diggs Taylor**
                                                          ANNA DIGGS TAYLOR
                                                          UNITED STATES DISTRICT JUDGE

Dated: November 15, 2007

**CERTIFICATE OF SERVICE**

       The undersigned certifies that a copy of the foregoing Order was served upon Petitioner by First Class U.S. mail on November 15, 2007.

Matthew Saylor, #195157
Parnall Correctional Facility
1780 E. Parnall
Jackson, MI 49201

                                            s/Johnetta M. Curry-Williams
                                            Case Manager